UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA – HAMMOND DIVISION

| | |
|---|---|
| OLIVER GENE WATTS AND LATRICE DENA WATTS <br><br> Debtor. | Case No.: 18-20151-kl <br> CHAPTER 13 <br><br> **REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for Home Opportunity LLC ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

1

REQUEST FOR NOTICE

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | SN Servicing Corporation | BKNotices@snsc.com |
|   | 323 5th Street | |
| 3 | Eureka, CA 95501 | |

Dated: September 27, 2018

By: /s/ *Adam Thursby*
Adam Thursby on behalf of Kathy Watson
c/o SN Servicing Corporation
Bankruptcy Asset Manager
323 5th Street
Eureka, CA 95501
800-603-0836
BKNotices@snservicing.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA – HAMMOND DIVISION

| | |
|---|---|
| OLIVER GENE WATTS AND LATRICE DENA WATTS,<br><br>Debtors. | Case No.: 18-20152-kl *(handwritten: 18-20152)*<br><br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On October 16, 2018 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor:**<br>**Oliver Gene Watts**<br>839 Central Ave.<br>Gary, IN 46407 | **Chapter 13 Trustee:**<br>**Paul R. Chael**<br>401 West 84th Drive<br>Suite C<br>Merrillville, IN 46410 |
| **Debtor:**<br>**Latrice Dena Watts**<br>839 Central Ave.<br>Gary, IN 46407 | **U.S. Trustee:**<br>**Nancy J. Gargula**<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
| **Debtor's Counsel:**<br>**Lavita R. Ball**<br>Law Offices of Peter Francis Geraci, JD<br>55 E. Monroe St., Ste 3400<br>Chicago, IL 60603 | |

\_xx\_\_\_ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

\_xx\_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2018 at Santa Ana, California

*/s/ LaKeha Green*
LaKeha Green

2
CERTIFICATE OF SERVICE